# Murray E. Singer
Attorney at Law

14 Vanderventer Avenue
Suite 147
Port Washington, New York 11050
email: msingerlaw@gmail.com

tel: (516) 869-4207
fax: (516) 706-7085
mobile: (516) 662-4950

**BY ECF AND EMAIL**

March 10, 2022

Hon. Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:     <u>United States v. Naseem Bokhari</u>
                18-CR-607

Your Honor:

      I represent the defendant, Naseem Bokhari, in the above-referenced cases. Mr. Bokhari is at liberty, lives in Florida, and is being supervised by Officer Jorge Ferdinandy of United States Probation in the Southern District of Florida.

      I am writing to request a modification of the conditions of Mr. Bokhari's pretrial release to permit Mr. Bokhari to travel to New York City, specifically Queens and Manhattan, from March 18, 2022 to March 26, 2022 to visit his sister. Mr. Bokhari will drive from Miami, leaving on March 18, 2022. He will stop in Richmond, VA to visit his wife's cousin at Clinard Court, Richmond, VA 23228, and will then continue onto New York, where he will stay with his sister, Rabia Semerkant, and her family at 134-26 58th Road, Flushing, NY 11355. He will return to Florida by March 26, 2022.

      I have communicated with Officer Jorge Ferdinandy, and he has no objection to this request. Mr. Bokhari will provide his itinerary to Officer Ferdinandy, will notify him when he leaves home, and will notify him again when he has arrived back home in Florida.

      Thank you very much for your consideration.

                                                                 Very truly yours,

                                                                 /s/

                                                                 Murray Singer
                                                                 Attorney for Defendant

cc:    AUSA Burton Ryan (by ECF)
       Officer Jorge Ferdinandy (by email)
       Naseem Bokhari (by email)