CPK
F. #2016R01831

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

ENAYATULLAH KHWAJA, et al,

    Defendants.

- - - - - - - - - - - - - - - - X

NOTICE OF APPEARANCE

2:18-CR-607 (JMA)

To:  Clerk of Court and all Parties of Record:

I am admitted or otherwise authorized to practice in this court, and I hereby appear in this case as counsel for the United States of America.

Date: July 1, 2022

s/ Joseph Palazzo
JOSEPH PALAZZO
Trial Attorney
Money Laundering and Asset Recovery Section
U.S. Department of Justice, Criminal Division
1400 New York Avenue, NW – 10th Floor
Washington, DC 20005
(202) 514-1263
joseph.palazzo@usdoj.gov

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 1, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing all counsel of record.

s/ Joseph Palazzo
JOSEPH PALAZZO